UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-3762-GW(JEMx) | Date | May 2, 2012 |
|---|---|---|---|
| Title | *Davin Corona, et al. v. City of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

On May 1, 2012, Defendants filed a Notice of Settlement. The Court, on its own motion, sets an Order to Show Cause hearing re: Settlement for **June 4, 2012 at 8:30 a.m.**

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on June 1, 2012.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG