*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIN CORONA, et al., | CASE NO.: CV 11-3762-GW(JEMx) |
| *Plaintiffs,* | **ORDER** |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| *Defendants.* | |

The Court having read the stipulation of counsel, and good cause having been shown, orders the foregoing matter dismissed pursuant to FRCP 41(a).

Each side shall bear their own costs and attorneys fees.

DATED: May 24, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE